# FIRST DISTRICT COURT OF APPEAL
# STATE OF FLORIDA

_____

No. 1D2023-0867
_____

VIRGIL WILLIAMS,

   Petitioner,

v.

RICKY D. DIXON, Secretary,
Florida Department of
Corrections, et al.,

   Respondents.

_____

Petition for Writ of Habeas Corpus—Original Jurisdiction.


May 1, 2024


PER CURIAM.

   DISMISSED. *See Baker v. State*, 878 So. 2d 1236 (Fla. 2004); *Pettway v. State*, 776 So. 2d 930 (Fla. 2000).

B.L. THOMAS, RAY, and KELSEY, JJ., concur.

_____

*Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.*

_____


Virgil Williams, pro se, Petitioner.

Ashley Moody, Attorney General, Tallahassee, for Respondents.